UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **AMENDED** |
| ) | **JUDGMENT IN A CRIMINAL CASE** |
| ) | |
| v. ) | Case Number:   1:18-CR-379-MHC |
| ) | |
| HYUNDAI CONSTRUCTION EQUIPMENT ) | |
| AMERICAS, INC. ) | |
| ) | MEREDITH JONES KINGSLEY |
| ) | Defendant's Attorney |
| ) | |

**THE DEFENDANT:**

Pleaded guilty to the Criminal Information.

The defendant is adjudicated guilty of this offense:

| **Title & Section** | **Nature of Offense** | **Offense Ended** |
|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the United States to Violate the Clean Air Act | April 2014 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

November 14, 2018
Date of Imposition of Judgment

*[signature: Mark H. Cohen]*
Signature of Judge

**MARK H. COHEN, U. S. DISTRICT JUDGE**
Name and Title of Judge

December 6, 2018
Date

Amended Judgment in a Criminal Case  
Sheet 5 — Criminal Monetary Penalties                                                                                   December 6, 2018
---
DEFENDANT: HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.                                      Judgment — Page 2 of 2  
CASE NUMBER: 1:18-CR-379-MHC

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties listed below which shall be due immediately.

**Special Assessment**

**TOTAL**    $400.00

**Fine**

**TOTALS**    $1,950,000.00